# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BWP MEDIA USA INC.,**

      **Plaintiff,**

**v.**                                                                          Case No:   6:14-cv-120-Orl-22KRS

**A.R. COMMUNICATIONS, LLC,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on Request for Entry of Final Default Judgment (Doc. No. 21) filed on June 13, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 19, 2014 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Request for Entry of Final Default Judgment is hereby GRANTED in part.

3. Defendant A.R. Communications, LLC is liable for copyright infringement of the Registered Photographs.

4. The First Count as it pertains to the Unregistered Photographs, Second Count, Third Count, Fourth Court and Fifth Count are DISMISSED.

     5.     The Clerk is directed to enter a Final Default Judgment providing that the Plaintiff BWP Media USA Inc. d/b/a Pacific Coast News recover of the Defendant A.R. Communications, LLC statutory damages of $13,650.00, attorney's fees in the amount of $3,217.50 and costs in the amount of $485.00, for a total sum due of $17,352.50, for which sum let execution issue.

     6.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on October 6, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties